# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25-CR-4837-LL |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL TO MEXICO** |
| VIVIANA SERRANO, | |
| Defendant. | |

Defendant Viviana Serrano seeks to modify the conditions of her pretrial release to allow her to travel to Mexico at the discretion of U.S. Pretrial Services. Pretrial Services and the United States of America do not oppose the motion.

Good cause appearing, the Court GRANTS the motion. Ms. Serrano may travel to Mexico at the discretion of Pretrial Services. She must obey all directives of Pretrial Services with respect to any such travel. All other conditions of release shall remain unchanged.

**IT IS SO ORDERED**.

Dated: December 20, 2025

_____
Honorable David D. Leshner
U.S. Magistrate Judge